Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Morgan L. MARTIN, appellant and respondent, v. John T. PALMER and Mary L. PALMER, etc., respondents and appellants, impleaded with others. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, without costs to either party in this court. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of Robert J. MAYER and Jacob Stein, Attorneys. (Supreme Court, Appellate Division, Second Department. May . 5, 1916.) Inasmuch as the respondents have recognized the propriety of the payment of the moneys, and no moral turpitude is involved, the proceeding is dismissed.

Morton H. MEINHARD, Respt., v. Aida HEIDELBERG, Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Louis MEISEL v. Minassi I. SCHWARZSTEIN et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal granted, without costs. Order filed.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Appeal No. 3.) (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of the Surrogate's Court of Orange County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

In the matter of proving the Last Will and Testament of Melcena B. MERRITT, deceased. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion denied, without costs.

Max MEYER, respondent, v. UNITED DRESSED BEEF COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

William MEYLE, respondent, v. Heinrich UFFMANN, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment of the County Court of Nassau County, and the final order of the Justice's Court, are reversed, and the proceedings dismissed, with costs, upon one ground, that the return does not show that the petition was served with the precept, and there is no evidence that such was the case to enable the return to be amended. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Carr, J., not voting.

Henrietta MICHAELIS v. DRY DOCK SAVINGS INST. et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion to dismiss appeal denied on condition stated in order. Order filed.

MIDTOWN CONTRACTING CO., Respt., v. Louis GOLDSTICKER and ano., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Alfred MIESTO v. COMMERCIAL UNION ASSURANCE COMPANY. (Supreme Court, Appellate Division, First Department. July, 1915.) Motion denied, with $10 costs. Memorandum per curiam.

Mary MILLER, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Although the defendant has appealed merely from the judgment, without any motion for a new trial, this court, since the 1914 amendment of Code of Civil Procedure, § 1346, has power to review the facts. (Middleton v. Whitridge, 213 N. Y. 499, 108 N. E. 192.) The basis of the complaint is that defendant's Halsey Street car stopped in the block before reaching the corner of Lewis avenue, and then started ahead before plaintiff had alighted. The testimony of plaintiff and her daughter is clearly overborne by the disinterested testimony of three passengers on the car, and a letter carrier standing on the street corner, all in agreement that plaintiff tried to get off while the car was coming to a stop, and that the car had not stopped before it came to the near side of the crossing. The judgment of the County Court of Queens County is therefore reversed on the facts, and a new trial is ordered, costs to abide the event. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Charles H. MILLS, respondent, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court. Appellate Division, Second Department. May 5, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Bernard MIRKIN, respondent, v. EDELMAN & LEVINE, Incorporated, appellant. (Supreme